**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Trevor J. Ingold, SB# 193227
  E-Mail: Trevor.Ingold@lewisbrisbois.com
Wendy S. Dowse, SB# 261224
  E-Mail: Wendy.Dowse@lewisbrisbois.com
Alex Farzan, SB# 312771
  E-Mail: Alex.Farzan@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant LG Chem, Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRIAND GUZMAN,<br><br>Plaintiff,<br><br>vs.<br><br>LG CHEM MICHIGAN INC.; LG CHEM AMERICA, INC.; LG CHEM, LTD.; V-SPOT VAPOR; and DOES 1 through 125, inclusive,<br><br>Defendants. | Case No. 2:20-cv-07778-JFW (SKx)<br><br>**DEFENDANT LG CHEM, LTD.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>The Honorable John F. Walter<br><br>Date: October 5, 2020<br>Time: 1:30 p.m.<br>Courtroom: 7A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on Monday, October 5, 2020, at 1:30 p.m., or as soon thereafter as counsel may be heard in the courtroom of the Honorable John F. Walter, Courtroom 7A, located at 350 West 1st Street, Los Angeles, California, Defendant LG Chem, Ltd. ("LG Chem") will and hereby does move to dismiss Plaintiff Briand Guzman's Complaint [Doc. 1, Ex. A] for lack of personal jurisdiction pursuant to Federal Rule of Civil 12(b)(2).

This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the declaration of Sooha Yang, all pleadings and papers on file in this action, such other evidence or arguments as may be presented to the Court, and such other matters of which this Court may take judicial notice. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 31, 2020.

DATED: September 2, 2020   Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____/s/ Trevor Ingold_____
Trevor J. Ingold
*Attorneys for Defendant LG Chem, Ltd.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2020, I electronically filed the foregoing **DEFENDANT LG CHEM, LTD.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Case No. 2:20-cv-07778-JFW (SKx) W. Douglas Easton<br>Brian W. Easton<br>Gabriel M. Mendoza<br>EASTON & EASTON, LLP<br>650 Town Center Drive, Suite 1850<br>Costa Mesa. CA 92626 | *Attorneys for Plaintiff BRIAND GUZMAN*<br><br>Telephone: (714) 850-4590<br>Fax: (714) 850-1978<br>Email: gmendoza@eastonlawfirm.com |

I also certify the document and a copy of the Notice of Electronic Filing was served via on the following non-CM/ECF participants:

*/s/ Trevor Ingold*
Trevor J. Ingold
Attornevs for Defendant LG Chem. Ltd.